**Curtis R. Rawlings, Esq.**
Nevada Bar No. 6790
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
**Mailing Address:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: crawlings@burgermeyer.com

Attorney for Defendant
*WALMART, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TINA MARIE STANTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC, a foreign corporation; DOES I through X, and ROE ENTITIES I through X,<br><br>Defendants. | Case No.: 3:26-cv-00444-ART-CLB<br><br>**ORDER ADOPTING PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>[ECF No. 6] |

The parties held a scheduling conference pursuant to Federal Rule of Civil Procedure 26(f) on July 2, 2026. The parties now submit their proposed discovery plan and scheduling order in compliance with LR 26-1(b).

1.    **Discovery Cut-Off Date**. Defendant answered or otherwise appeared on May 20, 2026. Defendant removed the instant matter on June 12, 2026. The Parties propose a one-year discovery period from the removal tentatively planned to close on June 11, 2027. This proposed length of discovery exceeds the statutory 180 days from the date that Defendant answered based upon Plaintiff's extensive and related medical history, ongoing treatment, the extensive treatment received to date, the fact that a substantial amount of pre-incident and post-incident treatment occurred in California which is expected will cause added delay in retrieving records from out of

*BURGER, MEYER & D' ANGELO, LLP*

-1-
**ORDER ADOPTING STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

state facilities, and the extensive apportionment issues involved. Discovery is expected to involve biomechanical experts and medical and/or psychology experts, and a possible Independent Medical Examination. The Parties agree that the length of this discovery period would be beneficial under the facts of this case.

2. **Amending the Pleadings and Adding Parties**. The deadline to amend the pleadings and add parties is March 12, 2027.

3. **Expert and Rebuttal-Expert Disclosures**. The deadline to disclose experts is April 12, 2027. The deadline to disclose rebuttal experts is May 12, 2027.

4. **Dispositive Motions**. The deadline to file dispositive motions is July 12, 2027.

5. **Pretrial Order**. The deadline to file a Pretrial Order is August 11, 2027.

6. **Fed. R. Civ. P. 26(a)(3)**. The disclosures required by this rule and any objections to them must be included in the Joint Pretrial Order.

7. **Alternative Dispute Resolution**. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and, if applicable, early neutral evaluation.

8. **Alternative Forms of Case Disposition**. The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

9. **Electronic Evidence**. The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations.

10. **Initial Disclosures**. No changes are necessary in the form or requirement for the disclosures under Fed. R. Civ. P. 26(a). Defendant served its Initial disclosures on June 10, 2026. Plaintiff will serve her Initial Disclosure on or before July 16, 2026.

BURGER, MEYER & D' ANGELO, LLP

-2-

**ORDER ADOPTING STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

BURGER, MEYER & D' ANGELO, LLP

11.    **E-discovery**. The parties agree that disclosure and discovery of electronically stored information should be produced in Portable Document Format ("PDF Format") to allow for proper and consistent Bates numbering. The PDF documents are also to be produced in a recognized text Optical Character Recognition "COCR") format. If, in good faith, a party questions the authenticity of an electronically stored document, or for other good faith reasons, the party may request the PDF format document to be produced in its native format.

12.    **Extensions or modifications of the discovery plan and Scheduling Order**. In accordance with LR 26-3, any stipulation or motion for modification or extension of this Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the discovery cut-off date. Therefore, such stipulations or motions shall be made no later than May 21, 2027.

13.    **Email Service**: The parties consent to electronic service, to the extent the size of the submission permits it, of all court filings not served through ECF (e.g., filings under seal) and such service shall constitute proper service under FRCP 5(b)(2)(E). The parties further consent to electronic service of correspondence and discovery on all counsel who have entered an appearance on behalf of the party to be served in lieu of other service methods under FRCP 5(b)(2)(E).

Respectfully submitted:

*/s/ Curtis Rawlings*
By:_____
CURTIS RAWLINGS, ESQ.
Nevada Bar No.: 6790
725 S 8th Street, Suite 200
Las Vegas, Nevada 89101
Attorney for Defendant
Walmart, Inc.

Approved as to Form and Content:

*/s/ David Tanner*
By:_____
DAVID A. TANNER, ESQ.
Nevada Bar No.: 8282
7895 West Sunset Road, Ste 115
Las Vegas, Nevada 89113
Attorney for Plaintiff
Tina Marie Stanton

**IT IS SO ORDERED.**

**DATED:** July 6, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE

-3-

**ORDER ADOPTING STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**